Pablo Orozco (SBN 274267)
porozco@nilanjohnson.com
John J. Wackman (*Pro hac vice forthcoming*)
jwackman@nilanjohnson.com
Nicole F. Dailo (SBN 301499)
ndailo@nilanjohnson.com
NILAN JOHNSON LEWIS PA
250 Marquette Avenue South, Suite 800
Minneapolis, MN 55401
Telephone:  612-305-7500
Facsimile:  612-305-7501

Attorneys for Defendant Future Motion, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ELIJAH SOTO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FUTURE MOTION, INC., a Delaware Corporation and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 5:20-cv-06982-SVK<br>The Honorable Susan van Keulen<br><br>**REQUEST TO WITHDRAW DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(b)(1) AND JOINT REQUEST FOR A NEW BRIEFING SCHEDULE** |

TO THE HONORABLE SUSAN VAN KEULEN, OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

On November 10, 2010, defendant Future Motion filed a Motion to Dismiss ("Motion") arguing that this Court lacked subject matter jurisdiction pursuant to the Class Action Fairness Act ("CAFA"). (Dkt. No. 16.) Future Motion based its request for dismissal primarily on revisions Plaintiff made to his putative class in connection with this operative First Amended Complaint. However, the Motion was also based on conversations between the parties' respective counsel of record and representations made therein. At the time it filed its request, Future Motion had a good faith belief and a reasonable basis to contend that this Court lacked proper subject matter jurisdiction.

Nonetheless, since the Motion's filing, counsel for both parties have conferred on several occasions regarding the nature of Plaintiff's revisions to his allegations and the basis of this Court's jurisdiction. As a result of the continued dialogue, the parties now agree that this Court may properly exercise subject matter jurisdiction under CAFA. Consequently, in their interest of conserving judicial resources and streamlining litigation, Future Motion now respectfully wishes to withdraw its Motion.

Recognizing that "federal courts are under a continuing duty to confirm their jurisdictional power," *Washam v. Rabine*, Case No. 3:12-cv-2433, 2013 WL 1849233, at *1 (S.D. Cal. May 1, 2013), the parties jointly invite this Court to request from them additional information or briefing on this issue should the Court find that doing so is prudent or desirable.

Finally, the parties jointly ask this Court to set new briefing deadlines for Future Motion's forthcoming response to Plaintiff's First Amended Complaint. Alternatively, if the Court wishes to inquire further into jurisdictional matters, the parties jointly ask that all other dates and deadlines be vacated until jurisdiction has been adjudged.

/ / /

/ / /

/ / /

Respectfully submitted this 24th day of November, 2020.

| LAW OFFICES OF CONNOR W. OLSON | NILAN JOHNSON LEWIS PA |
|---|---|
| By: */s/ Connor W. Olson* <br> Connor W. Olson (SBN 291493) <br> 520 Capitol Mall, Suite 150 <br> Sacramento, CA 95814 <br> office@cwo-law.com <br> Telephone: 916-905-7276 <br><br> Attorney for Plaintiff Elijah Soto | By: */s/ Pablo Orozco* <br> Pablo Orozco (SBN 274267) <br> porozco@nilanjohnson.com <br> John J. Wackman (*Pro hac vice forthcoming*) <br> jwackman@nilanjohnson.com <br> Nicole F. Dailo (SBN 301499) <br> ndailo@nilanjohnson.com <br> 250 Marquette Avenue South, Suite 800 <br> Minneapolis, MN 55401 <br> Telephone: 612-305-7500 <br> Facsimile: 612-305-7501 <br><br> Attorneys for Defendant Future Motion Inc. |

# PROOF OF SERVICE
## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

I am employed with the law firm of NILAN JOHNSON LEWIS PA, whose address is 250 Marquette Avenue South, Suite 800, Minneapolis, Minnesota 55401.  I am over the age of 18 years and not a party to the within action.  On November 24, 2020, I served the documents named below on the parties in this action as follows:

**DOCUMENT(S) SERVED:  REQUEST TO WITHDRAW DEFENDANT'S MOTION TO DISMISS PURSUANT TO FED R. CIV. P. 12(b)(1) AND JOINT REQUEST FOR A NEW BRIEFING SCHEDULE**

SERVED UPON:

**Connor W. Olson**
**Law Offices of Connor W. Olson**
**520 Capitol Mall, Suite 150**
**Sacramento, CA 95814**
**office@cwo-law.com**

X  (BY MAIL)  I placed such envelope(s) for collection and mailing on this date following ordinary business practices.

☐  (BY PERSONAL SERVICE) I delivered such envelope by hand to the office of the addressee.

☐  (BY FEDERAL EXPRESS) I am readily familiar with the practice of Nilan Johnson Lewis PA for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by Federal Express for overnight delivery.

☐  (BY FACSIMILE) The above referenced document was transmitted by facsimile transmission and the transmission was reported s complete and without error. Pursuant to C.R.C. 2009(i), I caused the transmitting facsimile machine to issue properly a transmission report, a copy of which is attached to this Declaration.

☐  By ELECTRONIC eSERVICE: by causing a true and correct copy thereof to be transmitted electronically to One Legal Services for service on all parties in this action at the email address(es) indicated below.

X  (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated November 24, 2020, at Minneapolis, Minnesota.

                     */s/ Debra J. Bolin*