UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELIJAH SOTO,

    Plaintiff,

v.

FUTURE MOTION, INC.,

    Defendant.

Case No. 20-cv-06982-SVK

**ORDER FOR SUPPLEMENTAL BRIEFING ON SUBJECT MATTER JURISDICTION**

In connection with Defendant's pending motion to dismiss (Dkt. 20) and motion to strike (Dkt. 23), and in light of Defendant's previous withdrawal of its motion to dismiss pursuant to FRCP 12(b)(1) (Dkt. 16, 17), the Court **ORDERS** that by **March 18, 2021,** the parties must file a joint brief addressing whether the Court has subject matter jurisdiction over this case. In addition to addressing any other issues relevant to the Court's subject matter jurisdiction, the parties must address:

(1) Whether this case satisfies the requirement for removal under the Class Action Fairness Act, 28 U.S.C. § 1332(d)(2) ("CAFA"), that at least one class member be a citizen of a different state than Defendant; and

(2) Whether this Court must decline to exercise jurisdiction under 28 U.S.C. § 1332(d)(4), and in particular whether two-thirds or more of the class members and the Defendant are citizens of the state in which the action was originally filed (*see* 28 U.S.C. § 1332(d)(4)(B)).

The joint brief should not exceed 10 pages. To the extent the parties take different positions on the issues, their arguments may be set forth in subsections labeled "Plaintiff's Position" and "Defendant's Position."

**SO ORDERED.**

Dated: March 4, 2021

SUSAN VAN KEULEN
United States Magistrate Judge